**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00238-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHESTON JEROME FOSTER,
      a.k.a. Romeo,
      a.k.a. Rome,

      Defendant.

---

**ORDER CONCERNING DISCLOSURE
OF GRAND JURY MATERIALS**

---

This matter is before the court on the "Motion to Disclose Grand Jury Material" filed by the

Government.   Upon consideration of the motion, it is

ORDERED as follows:

1.   The United States Attorney's Office may disclose to the defense the transcripts of

testimony before the Grand Jury in the above-captioned case.   The defense attorney is to maintain

control over the material, keeping it in his confidential files and under the control of his or her

confidential employees.   The Court's Order here today permits pretrial disclosure of the Grand

Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of

Criminal Procedure 26.2 and 16.

2.   The Grand Jury material so disclosed is to be used for the purposes of the above

captioned case, to include any appeals taken, and for no other purpose until further order of this

Court.   The United States Attorney's Office is directed to enclose a copy of this Order with any

Grand Jury material disclosed pursuant to this Order.

Dated this 7th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
SENIOR JUDGE JOHN L. KANE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2