# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date: October 1, 2013 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Mary George |

Criminal Action No.:13-cr-00238-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| v. | |
| CHESTON JEROME FOSTER, | Andres R. Guevara |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**10:33 a.m.    Court in session.**

Court calls case.  Appearances of counsel present.  Defendant present in custody.

Preliminary remarks by the Court.

Argument heard on Doc. No. 24.

| | |
|---|---|
| 10:34 a.m. | Government's witness, Brook Fuller, called and sworn. Direct examination begins by Mr. Mackey. |
| 10:50 a.m. | Cross examination begins by Mr. Guevara. |
| 11:02 a.m. | Redirect examination by Mr. Mackey. |
| 11:03 a.m. | Witness excused. |
| 11:04 a.m. | Government's witness, Anthony Scafidi, III, called and sworn. Direct examination begins by Mr. Mackey. |
| 11:18 a.m. | Cross examination begins by Mr. Guevara. |
| 11:29 a.m. | Redirect examination by Mr. Mackey. |
| 11:32 a.m. | Re-cross examination by Mr. Guevara. |

*13-cr-00238-JLK*
*Motions Hearing*
*October 1, 2013*

11:33 a.m.     Witness excused.

11:34 a.m.     Government's witness, Kenneth Haithcoat, called and sworn.
               Direct examination begins by Mr. Mackey.

**Government's exhibit 1 offered and admitted.**

11:55 a.m.     Continued direct examination by Mr. Mackey.

11:57 a.m.     Cross examination begins by Mr. Guevara.

12:09 p.m.     Redirect examination by Mr. Mackey.

12:10 p.m.     Witness excused.

12:11 p.m.     Closing argument by Mr. Mackey.

12:16 p.m.     Closing argument by Mr. Guevara.

12:20 p.m.     Rebuttal argument by Mr. Mackey.

Comments and ruling by the Court.

**ORDERED:**   **Motion To Suppress Evidence Illegally Obtained On December 18, 2012 And Fruits Of The Poisonous Tree (Filed 8/30/13; Doc. No. 24) is DENIED.**

Discussion regarding pending motions - Doc. Nos. 25 and 26.

**ORDERED:**   **Request For Pretrial Notice Of 404(b) Evidence (Filed 8/30/13; Doc. No. 25) is GRANTED, as specified.**

**ORDERED:**   **Motion for James Hearing (Filed 8/30/13; Doc. No. 26) is GRANTED, as specified.**

The Court instructs counsel to submit proposed jury instructions, as soon as practicable.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:28 p.m.     Court in recess.**
Hearing concluded.
Time in court - 1 hour, 55 minutes.