**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam             Date:  June 17, 2014
Court Reporter: Mary George                    Probation Officer: Laura Ansart

Criminal Action No.: 13-cr-00238-JLK-1

_Parties:_                                     _Counsel:_

UNITED STATES OF AMERICA,                      Richard A. Hosley, III

      Plaintiff,

v.

1.  CHESTON JEROME FOSTER,                      Andres Rene Guevara

      Defendant.

---

**SENTENCING MINUTES**

---

**10:05 a.m.     Court in session.**

Court calls case.  Appearances of counsel. Also present, Ken Haithcoat, IRS Inspector. Defendant present in custody.

**Change of Plea Hearing:  March 20, 2014.**

**Defendant plead guilty to Count Two of the Superseding Indictment.**

Preliminary remarks by the Court.

**ORDERED:  Government's Motion To Dismiss Counts (Filed 6/2/14; Doc. No. 135) is GRANTED.**

Parties received and reviewed the presentence report.

10:09 a.m.     Statement by Mr. Hosley.

**Government's Exhibits 1 thru 9, offered and admitted.**

*13-cr-00238-JLK-1*
*Sentencing*
*June 17, 2014*

10:25 a.m.    Statement by Ms. Karen Foster (Defendant's mother).

10:29 a.m.    Statement by Mr. Guevara.

10:42 a.m.    Statement by Defendant.

10:45 a.m.    Comments and rulings by the Court.

**ORDERED:   Motion For Variance (Filed 6/3/14; Doc. No. 136) is DENIED.**

**It is the JUDGMENT of the Court that THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Two of the Superseding Indictment to a term of imprisonment of **84 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)    Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of

2

*13-cr-00238-JLK-1*
*Sentencing*
*June 17, 2014*

treatment as directed by the probation officer.

(X)    Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer.

(X)    The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

(X)    Defendant shall submit his person, property, house, residence, papers, computer or office, to a search as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:59 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 54 minutes.